AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Donald C. Howell, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

Civil Action No.     4:21-cv-1745-TER

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: This action is remanded to the Defendant for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Thomas E. Rogers, III,  United States Magistrate Judge who granted Defendant's Motion to Remand.

Date:     January 4 , 2022

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*