UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DONALD C. HOWELL, JR., | ) | Civil Action No. 4:21-cv-01745-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a Plaintiff Donald C. Howell, Jr. ("Plaintiff")'s Motion for Attorney's Fees. [ECF No. 24.] The Commissioner filed a response indicating she does not object to the requested amount of attorney's fees under the Equal Access to Justice Act ("EAJA"). [ECF No. 25.] Accordingly, it is hereby **ORDERED** that Plaintiff is awarded attorney fees in the amount of Two Thousand, Eight Hundred, Twelve Dollars and 95/100 Cents ($2,812.95) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel.

Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

/s/Sherri A. Lydon
Honorable Sherri A. Lydon
United States District Judge

February 8, 2022
Florence, South Carolina